UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
ANTHONY LEE PHILLIPS ) 4:10 MC 452 CDP
)

## ORDER

This Court has been advised by receipt of a certified copy of the June 25, 2010 order of the Supreme Court of Missouri, entered in **In re: Anthony Lee Phillips**, Cause No. 90904, that Anthony Lee Phillips has been disbarred from the practice of law by the Supreme Court of Missouri.

Anthony Lee Phillips has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated August 20, 2010 directing Anthony Lee Phillips to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was sent by certified mail sent on August 20, 2010 to the last known address of Anthony Lee Phillips, and the record reflects proof of delivery at that address on August 26, 2010. No response has been filed by Respondent. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Anthony Lee Phillips pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Anthony Lee Phillips be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 20th day of July, 2011.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw